

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADELINE ELECTRONICS MARKETING, INC.<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>JANIZARY HOLDINGS, INC., a California corporation,<br><br>　　　　Defendants. | Case No. CV08-01434-WDK<br><br>The Hon. William D. Keller<br><br>**JUDGMENT** |

On reviewing the Stipulation of the parties to this matter for entry of Judgment, and all evidence submitted therewith, and good cause appearing,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that judgment in this matter be entered, without further order or further notice, in favor of Tradeline against Janizary, in the amount of $296,279.00 plus interest at the rate of twelve percent (12%) accruing from October 8, 2009 (the "Award"), less any principal amount that has been paid by Janizary. Tradeline shall also be awarded any reasonable attorney fees

and costs incurred in an effort to collect the Award, which amount may be determined by a separate motion at a later date.

DATED: May 20, 2010

By _____
Hon. William D. Keller